UNITED STATES DISTRICT COURT
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS



## Notice Regarding United States Passport for Criminal Defendant

| To: | U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227<br><br>Fax (202) 485-6496<br>Email: CA-PPT-CourtOrders@state.gov | From: | Stuart Siegel<br>1100 Commerce Street<br>Room 1329<br>Dallas, TX 75242 |
|---|---|---|---|
| ☒ | Original Notice<br>Date: 4/12/2018<br>By: Stuart Siegel- U.S. Probation Officer | ☐ | Notice of Disposition<br>Date:<br>By: |

Defendant: Jaala Joye Vaught         Case No.: 2:18-CR-00422(7)
Date of Birth:
SSN:
Place of Birth: Phoenix, Arizona

**Notice of Court Order** (Order Date: 4/6/2018)

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

☒ The above-named defendant surrendered Passport Number 5687         to the custody of the U.S. District Court on the 4/12/2018.   *Passport Card C1552...*

**Notice of Disposition**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court