**KARP & WEISS, P.C.**
3060 North Swan Road
Tucson, Arizona 85712-1225
Telephone (520) 325-4200
Facsimile (520) 325-4224

Stephen M. Weiss
PCC No. 61412
State Bar No. 002261
sweiss@karpweiss.com

Adam C. Page
PCC No. 66148
State Bar No. 025015
apage@karpweiss.com

**Attorneys for Defendant Joye Vaught**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN "JED" BRUNST, DAN HYER, ANDREW PADILLA, and JOYE VAUGHT Defendants | 2:18-CR-00422-SPL (CR-18-422-PHX-SPL (BSB)) JOINDER IN DEFENDANT PADILLA'S OPPOSITION TO GOVERNMENT'S MOTION TO DISQUALIFY COUNSEL |
|---|---|

The Defendant Joye Vaught, by and through her attorney Stephen M. Weiss, hereby joins in Defendant Padilla's Opposition to the Government's Motion to Disqualify Counsel and adopts the positions set forth in said Motion as if fully set forth herein. The issues raised by Defendant Padilla in said Motion apply with equal force to Defendant Vaught.

1

DATED this 6th day of June, 2018.

**KARP & WEISS, P.C.**

By    */s/ Stephen M. Weiss*
        Stephen M. Weiss
        Attorney for Defendant Vaught

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2018, I electronically transmitted the foregoing Joinder in Defendant Padilla's Opposition to Government's Motion to Disqualify Counsel on behalf of Joye Vaught to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Steven P. Logan: logan_chambers@azd.uscourts.gov

Kevin M. Rapp: kevin.rapp@usdoj.gov
Dominic William Lanza: dominic.lanza@usdoj.gov
Margaret Perlmeter: margaret.perlmeter@usdoj.gov
John J. Kucera: john.kucera@usdoj.gov
Reginald E. Jones: reginald.jones4@usdoj.gov
Attorneys for Government

Bruce S. Feder: bf@federlawpa.com
James C. Grant: jimgrant@dwt.com
K. C. Maxwell: kmaxwell@bgrfirm.com
Michael D. Kimerer: MDK@kimerer.com
Michael L. Piccarreta: mlp@pd-law.com
Paul J. Cambria, Jr.: pcambria@lglaw.com
Robert Corn-Revere: bobcornrevere@dwt.com
Attorneys for Defendants