**KARP & WEISS, P.C.**
**3060 North Swan Road**
**Tucson, Arizona 85712-1225**
**Telephone (520) 325-4200**
**Facsimile (520) 325-4224**

**Stephen M. Weiss**
**PCC No. 61412**
**State Bar No. 002261**
sweiss@karpweiss.com

**Adam C. Page**
**PCC No. 66148**
**State Bar No. 025015**
apage@karpweiss.com

**Attorneys for Defendant Joye Vaught**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN "JED" BRUNST, DAN HYER, ANDREW PADILLA, and JOYE VAUGHT<br><br>Defendants | 2:18-CR-00422-SPL<br>(CR-18-422-PHX-SPL (BSB)<br><br>**DEFENDANT VAUGHT'S JOINDER IN DEFENDANTS' OPPOSITIONS TO GOVERNMENT'S MOTION TO DISQUALIFY COUNSEL**<br>**(DOC. 180)** |

  The Defendant Joye Vaught, by and through undersigned counsel, Stephen M. Weiss, hereby joins in Defendants Lacey and Larkin's Opposition to United States' Motion to Disqualify Counsel, (Doc. 180).

  Ms. Vaught adopts the positions set forth in said Motion as if fully set forth herein. The issues raised by Defendant in said Motion apply with equal force to Defendant Vaught.

DATED this 7th day of June, 2018.

**KARP & WEISS, P.C.**

By   */s/ Stephen M. Weiss*
　　　　Stephen M. Weiss
　　　　Attorney for Defendant Vaught

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on this 7th day of June, 2018, I electronically transmitted the foregoing Joinder in in Defendants' Opposition to Government's Motion to Disqualify Counsel on behalf of Joye Vaught to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Steven P. Logan:   logan_chambers@azd.uscourts.gov

Kevin M. Rapp:   kevin.rapp@usdoj.gov
Dominic William Lanza:   dominic.lanza@usdoj.gov
Margaret Perlmeter:   margaret.perlmeter@usdoj.gov
John J. Kucera:   john.kucera@usdoj.gov
Reginald E. Jones:   reginald.jones4@usdoj.gov
Attorneys for Government

Bruce S. Feder:   bf@federlawpa.com
James C. Grant:   jimgrant@dwt.com
K. C. Maxwell:   kmaxwell@bgrfirm.com
Michael D. Kimerer:   MDK@kimerer.com
Michael L. Piccarreta:   mlp@pd-law.com
Paul J. Cambria, Jr.:   pcambria@lglaw.com
Robert Corn-Revere:   bobcornrevere@dwt.com
Attorneys for Defendants