**KARP & WEISS, P.C.**
**3060 North Swan Road**
**Tucson, Arizona 85712-1225**
**Telephone (520) 325-4200**
**Facsimile (520) 325-4224**

**Stephen M. Weiss**
**PCC No. 61412**
**State Bar No. 002261**
sweiss@karpweiss.com

**Attorney for Defendant Joye Vaught**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-00422-07-PHX-SPL |
| Plaintiff | |
| v. | DEFENDANT VAUGHT'S JOINDER IN DEFENDANTS LACEY'S AND LARKIN'S OPPOSITION (DOC 408) TO GOVERNMENT'S MOTION FOR ACCESS TO THE JOINT REPRESENTATION AND JOINT DEFENSE AGREEMENTS (DOC 354) |
| 7.  JOYE VAUGHT | |
| Defendant | |

The Defendant Joye Vaught, by and through her attorney Stephen M. Weiss, hereby joins in Defendants Lacey's and Larkin's Opposition (Doc 408) to Government's Motion for Access to the Joint Representation and Joint Defense Agreements (Doc 354) and adopts the positions set forth in the Opposition as if fully set forth herein.

DATED this 13th day of December, 2018.

**KARP & WEISS, P.C.**


By   */s/ Stephen M. Weiss*
     Stephen M. Weiss
     Attorney for Defendant Vaught

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2018, I electronically transmitted the foregoing Joinder in Defendants Lacey's and Larkin's Opposition (Doc 408) to Government's Motion for Access to the Joint Representation and Joint Defense Agreements (Doc 354) on behalf of Joye Vaught to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Steven P. Logan: logan_chambers@azd.uscourts.gov

Kevin M. Rapp: kevin.rapp@usdoj.gov
Margaret Perlmeter: margaret.perlmeter@usdoj.gov
John J. Kucera: john.kucera@usdoj.gov
Reginald E. Jones: reginald.jones4@usdoj.gov
Peter Kozinets: peter.kozinets@usdoj.gov
Patrick Reid: patrick.reid@usdoj.gov
Andrew Stone: andrew.stone@usdoj.gov
Amanda Wick: amanda.wick@usdoj.gov
Attorneys for Government

Bruce S. Feder: bf@federlawpa.com
James C. Grant: jimgrant@dwt.com
K. C. Maxwell: kmaxwell@bgrfirm.com
Michael D. Kimerer: MDK@kimerer.com
Michael L. Piccarreta: mlp@pd-law.com
Paul J. Cambria, Jr.: pcambria@lglaw.com
Robert Corn-Revere: bobcornrevere@dwt.com
Daniel James Quigley: quigley@djqplc.com
Attorneys for Defendants