**KARP & WEISS, P.C.**
**3060 North Swan Road**
**Tucson, Arizona 85712-1225**
**Telephone (520) 325-4200**
**Facsimile (520) 325-4224**

**Stephen M. Weiss**
**PCC No. 61412**
**State Bar No. 002261**
sweiss@karpweiss.com

**Attorney for Defendant Joye Vaught**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America, | CR-18-00422-PHX-SMB |
| Plaintiff | |
| v. | DEFENDANT JOYE VAUGHT'S NOTICE OF JOINDER IN DEFENDANT SCOTT SPEAR'S SUPPLEMENTAL EXPERT WITNESS DISCLOSURE (Doc. #538) |
| 7. Joye Vaught, | |
| Defendant | |

Defendant Joye Vaught, by and through her attorney Stephen M. Weiss, joins in Defendant Scott Spear's Supplemental Expert Witness Disclosure (Doc #538).

DATED this 24th day of April, 2019.

KARP & WEISS, P.C.

By  */s/ Stephen M. Weiss*
     Stephen M. Weiss
     Attorney for Defendant Vaught

1

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2019, I electronically transmitted the foregoing Defendant Joye Vaught's Joinder in Defendant Spear's Supplement Expert Witness Disclosure (Doc. #538) by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Susan M. Brnovich

Kevin M. Rapp:  kevin.rapp@usdoj.gov
Margaret Perlmeter:  margaret.perlmeter@usdoj.gov
John J. Kucera:  john.kucera@usdoj.gov
Reginald E. Jones:  reginald.jones4@usdoj.gov
Andrew C. Stone:  Andrew.stone@usdoj.gov
Peter Shawn Kozinets:  peter.kozinets@usdoj.gov
Amanda Wick:  amanda.wick@usdoj.gov
Attorneys for Government

Bruce S. Feder:  bf@federlawpa.com
James C. Grant:  jamesgrant@dwt.com
Michael D. Kimerer:  MDK@kimerer.com
Michael L. Piccarreta:  mlp@pd-law.com
Paul J. Cambria, Jr.:  pcambria@lglaw.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Rhonda Neff:  rneff@kimerer.com
Erin E. McCampbell:  emccampbell@lglaw.com
Thomas Henry Bienert, Jr.:  tbienert@bmkattorneys.com
Daniel James Quigley:  quigley@djqplc.com
Anthony R. Bisconti:  tbisconti@bmkattorneys.com
Kenneth M. Miller:  kmiller@bmkattorneys.com
Whitney Z. Bernstein:  wbernstein@bmkattorneys.com
Ariel A. Neuman:  aan@birdmarella.com
Gary S. Lincenberg:  gsl@birdmarella.com
Gopi K. Panchapakesan:  gkp@birdmarella.com
Anne Michelle Chapman:  anne@mscclaw.com
Lee David Stein:  lee@mscclaw.com
Ronald London:  ronnielondon@dwt.com
Janey Henze Cook:  janey@henzecookemurphy.com
John Littrell:  jlittrell@bmkattorneys.com
Attorneys for Defendants