Exhibit "B"



**U.S. Department of Justice**

United States Attorney
District of Arizona

Two Renaissance Square          Main:     (602) 514-7500
40 N. Central Ave., Suite 1800  Main Fax: (602) 514-7693
Phoenix, AZ  85004-4408

September 23, 2019

| | | |
|---|---|---|
| Paul J. Cambria Jr.<br>Attorney at Law<br>Lipsitz Green Scime Cambria, LLC<br>42 Delaware Ave, Suite 120<br>Buffalo, NY 14202<br>(attorney for Michael Lacey) | Jim Grant<br>Davis Wright Tremaine, LLP<br>920 Fifth Avenue,<br>Suite 3300<br>Seattle, WA 98104<br>(attorney for Lacey and Larkin) | Robert Corn-Revere<br>Davis Wright Tremaine, LLP<br>1919 Pennsylvania Avenue N.W.,<br>Suite 800<br>Washington, DC 20006<br>(attorney for Lacey and Larkin) |
| Thomas H. Bienert, Jr., Esq.<br>Bienert, Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>(attorney for James Larkin) | Michael D. Kimerer, Esq.<br>1313 E. Osborn Road,<br>Suite 100<br>Phoenix, AZ 85014<br>(attorney for Jed Brunst) | Bruce Feder, Esq.<br>2930 East Camelback Road,<br>Suite 160<br>Phoenix, AZ 85016<br>(attorney for Scott Spear) |
| David S. Eisenberg, Esq.<br>3550 N. Central Ave.,<br>Suite 1155<br>Phoenix, AZ 85012<br>(attorney for Andrew Padilla) | Joy Malby Bertrand, Esq.<br>1826 N. 7th Avenue<br>Phoenix, AZ, 85007<br>(attorney for Joye Vaught) | Gary Lincenberg, Esq.<br>Bird, Marella, Boxer, Wolpert,<br>Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East<br>23rd Floor<br>Los Angeles, CA 90067<br>(attorney for Jed Brunst) |

Re:  <u>U.S. v. Michael Lacey, et.al.</u>
     CR-18-00422-PHX-SMB

Dear Counsel:

    Pursuant to your request for discovery and the government's obligations under Fed. R. Crim. P. 16 and the stipulated scheduling order in this case, please find enclosed three DVD's containing the government's eleventh disclosure.[1]

---

[1] DVD's containing disclosure for defendants Michael Lacey, James Larkin, and Jed Brunst are being provided to Paul J. Cambria Jr., Thomas H. Bienert Jr., and Gary Lincenberg respectively.

Lacey, et. al. Discovery Letter
September 23, 2019
Page 2

      DVD#1 contains the following Bates Stamped records:

- Financial Institution Documents – DOJ-BP-0004884339-DOJ-BP-0004884537
- Backpage-related News Articles, Seminary Documents – DOJ-BP-0004884538-DOJ-BP-0004884612
- Arizona GJ Court-related Documents – DOJ-BP-0004884613-DOJ-BP-0004884852
- Reports of Interviews and Supporting Documents, Backpage Agendas, and CA DOJ Investigation Documents – DOJ-BP-0004884853-DOJ-BP-0004894611
- Trial and Hearing Transcripts from State Court cases related to Backpage – DOJ-BP-0004894612-DOJ-BP-0004895017
- Reports of Interviews and Supporting Documents – DOJ-BP-0004895018-DOJ-BP-0004895052
- Additional Photographs of Backpage Servers – DOJ-BP-0004895053-DOJ-BP-0004895162
- Backpage Case Search Warrants – DOJ-BP-0004895163-DOJ-BP-0004895883
- Reports of Interviews and Supporting Documents – DOJ-BP-0004895884 – DOJ-BP-0004895903
- Backpage State Court Case-related Documents – DOJ-BP-0004895904 – DOJ-BP-0004897287

DVD#2 contains audio and video files related to state court investigations involving Victims 10 and 12 referenced in the superseding indictment.

DVD#3 contains investigative reports and accompanying audio and video attachments for several Backpage-related investigations conducted by CA DOJ. Although Bates copies of these investigative reports are included on DVD #1, the reports are also included on DVD#3 (without Bates) to better enable you to locate each report and the corresponding audio and video attachment without the need to reference a separate database.

Please reach out with any questions.

      Sincerely,

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
U.S. Department of Justice

*Reginald E. Jones*
REGINALD E. JONES
Senior Trial Attorney, CEOS
(202) 616-2807
reginald.jones4@usdoj.gov

MICHAEL BAILEY
U.S. Attorney

Lacey, et. al. Discovery Letter
September 23, 2019
Page 3

                              KEVIN M. RAPP
                              MARGARET PERLMETER
                              PETER S. KOZINETS
                              ANDREW STONE
                              JOHN J. KUCERA
                              Assistant United States Attorneys

Enclosures