**Joy Bertrand, Esq.**
PO Box 2734
Scottsdale, Arizona 85252-2734
Telephone:  480-656-3919
Fax:  480-361-4694
joyous@mailbag.com
www.joybertrandlaw.com
Arizona State Bar No. 024181

**ATTORNEY FOR:  DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>      Plaintiff,<br><br>      v.<br><br>Joye Vaught,<br>      Defendant. | CR-2018-0422-SMB<br><br>**NOTICE OF JOINDER WITH MOTION TO DISMISS (ECF DOC. 746)** |

PLEASE TAKE NOTICE that the Defendant, Joye Vaught, hereby joins her codefendants in their Motion to Dismiss, filed September 27, 2019, listed as ECF Doc. 746 on the public docket.

RESPECTFULLY SUBMITTED on October 19, 2019.

                    s/Joy Bertrand
                    Joy Bertrand
                    Attorney for Defendant

# CERTIFICATE OF SERVICE

On October 19, 2019, I, Joy Bertrand, attorney for the Defendant, Joye Vaught, filed the foregoing with the Arizona District Court's electronic filing system. Based on my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this request will be electronically served upon opposing counsel and codefendant counsel upon its submission to the Court.

Respectfully submitted this Nineteenth day of October, 2019.

                                        <u>s/Joy Bertrand</u>
                                        Joy Bertrand
                                        Attorney for Defendant