# Exhibit 12



# Trust and the AG's office take action for Arizona, Part 2


**TRUST**
March 16, 2017

TRUST And the AG's office take action for Arizona. Part 2

Attorney General Mark Brnovich highlights the amazing work that their office does for the state of Arizona.

Helping individuals take action and educate those on Sex Trafficking.

AATN/TRUST are thrilled to partner with such a proactive office and continuing our drive towards raising awareness in the prevention of Human Trafficking.

#TRUST #AZAGOutreach #DougDucey #AZ #StopThinkBeAware #ItHappensHere #NoSuchThing #trustaz #aatn #azmen #ceaseaz #alwaysaz #Arizona #stoptrafficking #Phoenix #Mesa #Tempe #Scottsdale #Chandler #Gilbert #Goodyear #Yuma #Flagstaff #endsextraffickingaz #takeaction #yavapai #ArizonaGovernor #GOYFF #Tucson