

# Jon A. Gegenheimer
## Jefferson Parish Clerk of Court

**24th CRIMINAL**

- Defendant Search
- Attorney Case List
- Atty Scheduled Hearings
- Allot Date Search
- Case Number Search
- View/Print Criminal Docket
- Criminal Docket Cover
- Commissioner Docket
- Commitments
- Image Archive
- JPSO Jail List
- Plea Docket

- 24th Civil
- Traffic/Misd

- **Back to JeffNet**
- *Logoff JeffNet*

- Contact Us

Mailing Address:
P.O. Box 10
Gretna LA 70054-0010

## CASE 16-02908  JEFFALERT

[Back to Search Results]

**STATE vs ADAM LITTLETON**

PRINT PREVIEW *

**File Date:** 05/12/2016  **Close Date:** OPEN  **Div:** P
**Defendant #1:** ADAM LITTLETON  **Class:** 2  **DA Case Nbr:** 51483527

### ADDRESS

### BILL OF INFORMATION

- 05/12/2016 Indictment Filed - Case transferred - To Division P Judge LEE V. FAULKNER- - Grand Jury Indictment ("A TRUE BILL")
- 05/16/2016 arraignment

### CHARGE

| Item NBR | Count | Statute | Type | Class | Description | Charge | Disp DT | Disposition |
|---|---|---|---|---|---|---|---|---|
| F850015 | 1 | 14:30.1 | F | 2 | MURDER/SECOND DEGREE | - GRAND JURY INDICTMENT ("A TRUE BILL") | | |

### MOTION

| By | Motion | Dispostion | Date |
|---|---|---|---|
| Defense Attorney | Withdraw as counsel; | | |
| Defense Attorney | Other motion; Motion to Transfer Defendant to JPCC Custody | | |
| Defense Attorney | Set Bond; | | |
| Defense Attorney | Other motion; SECOND MOTION FOR SECOND EXTENSION OF TIME TO PAY ESTIMATED COST OF APPEAL | | |
| Defense Attorney | Other motion; Motion for Extension of Time to Pay Estimated Cost of Appeal - Clocked copy sent to attorney per his request | | |
| Defense Attorney | Other motion; MOTION FOR APPEAL AND DESIGNATION OF THE RECORD | | |
| Defense Attorney | Other motion; MOTION FOR LEAVE OF COURT TO FILE POST- HEARING MEMORDANUM IN SUPPORT OF DEFENDANT'S MOTION FOR NEW TRIAL | | |
| Assistant DA | Other motion; STATE'S SURREPLY TO DEFENDANT'S MOTION FOR NEW TRIAL | | |
| Defense Attorney | Other motion; Defendant's Rebuttal to the State's Opposition to Motion for New Trial filed and walked up | | |

| | | |
|---|---|---|
| Defense Attorney | Other motion; MOTION FOR ISSUANCE OF LETTERS ROGATORY | |
| Defense Attorney | Other motion; PETITION FOR CERTIFICATION OF MATERIALITY OF OUT-OF-STATE WITNESS | |
| Assistant DA | Other motion; Motion to seal | |
| Assistant DA | Other motion; States Opposition to defendants motion for new trial | |
| Defense Attorney | Other motion; To Continue Sentencing and hearing on motion for new Trial | |
| Defense Attorney | Other motion; Petition For Certification Of Materiality Of Out Of State Witness | |
| Defense Attorney | New trial; Walk Up To Div | |
| Assistant DA | Other motion; Motion to seal filed | |
| Defense Attorney | Continue; and Reset Sentencing | |
| Defense Attorney | Enroll as counsel; | |
| Defense Attorney | Withdraw as counsel; | |
| Defense Attorney | Other motion; Motion in limine to exclude jurors from seeing pictures of body parts filed | |
| Defense Attorney | Other motion; Response in opposition to allowing LT WILLIAM HARE to testify as a witness and deny state's request for pretrial hearing filed | |
| Assistant DA | Other motion; Motion for a Protective Order Filed and Walked Up | |
| Assistant DA | State`s Motion for Discovery, Demand for Notice of Alibi and/or Mental Condition Defenses; | |
| Assistant DA | State`s Witness List; | |
| Assistant DA | Other motion; Pretrial Hearing to Qualify Witness Lieutenant William Hare as an Expert | |
| Assistant DA | Other motion; States Open-File Discovery Index | |
| Assistant DA | State`s Witness List; | |
| Assistant DA | Other motion; MOTION TO RECONSIDER MOTION TO SEAL - FILED | |
| Assistant DA | Other motion; Motion to Seal and Notice of Additional Information Filed (SIGNED) DENIED | |
| Assistant DA | Other motion; Petition For Certification Of Materiality Of Witness And To Secure Attendance Of Witness Pursuant To The Uniform Act To Secure Attendance Of Witnessess From Without a State Walk Up To Div | |
| Defense Attorney | Continue; | |
| Assistant DA | Other motion; Motion and Order to compel Testimony - filed and walked up | |

| | |
|---|---|
| Assistant DA | Other motion; Petition for material witness certificate - filed and walked up |
| Assistant DA | Other motion; Petition for Certification of Materiality of Witness; and to Secure Attendance of Witness, Pursuant to the Uniform Act to Secure Attendance of Witnesses from Without-A-State |
| Defense Attorney | Other motion; Petition for certification of materiality of witness; and to secure attendance of witness, pursuant to the uniform act of secure attendance of witnesses from without - A-State |
| Defense Attorney | Other motion; Petition for material witness certificate |
| Defense Attorney | Other motion; Motion to secure attendance of out-of-state witness |
| Defense Attorney | Other motion; Petition for certification of materiality of witness; and secure attendance of witness, pursuant to the uniform act of secure attendance of witnesses from without - a state |
| Defense Attorney | State`s Witness List; |
| Defense Attorney | Continue; |
| Defense Attorney | Continue; |
| Assistant DA | Other motion; States Response To Defendants Motion For Bill Of Particulars |
| Defense Attorney | Discovery and inspection; |
| Defense Attorney | Bill of particulars; |
| Defense Attorney | Other motion; Memorandum in opposition to State's notice of intent to use evidence of similar crimes, wrongs and/or acts |
| Assistant DA | Other motion; Notice of Intent to Introduce Evidence of Other Acts filed |
| Assistant DA | Other motion; Motion to Seal |
| Assistant DA | Discovery and inspection; |
| Defense Attorney | Continue; |
| Assistant DA | State`s Witness List; |
| Defense Attorney | Suppress statement; |
| Defense Attorney | Suppress identification; |
| Defense Attorney | Suppress evidence; |
| Defense | Other motion; |

|  | Attorney | | | |
|---|---|---|---|---|
|  | Defense Attorney | Discovery and inspection; | | |

**CALENDAR**

|  | DocketDT | ScheduleDT | Clerk | Description |
|---|---|---|---|---|
|  | 08/25/2021 | 09/01/2021 | NJG | Discovery Status Hearing: /Pre trial conference |
|  | 07/28/2021 | 08/25/2021 | NJG | Discovery Status Hearing: No notice given on 07/28/2021. |
|  | 06/23/2021 | 07/28/2021 | NJG | Discovery Status Hearing: No notice given on 06/23/2021. (ADA - Kellie Rish) |
|  | 05/05/2021 | 06/23/2021 | NJG | Pre-trial conference: /Discovery Status. No notice given on 05/05/2021. (ADA - Kellie Rish) |
|  | 04/28/2021 | 05/05/2021 | NJG | Discovery Status Hearing: Oral notice given on 04/28/2021. (ADA - Kellie Rish) (Defense Counsel - Gregory Carter - email address not on motion to enroll) |
|  | 03/24/2021 | 04/28/2021 | NJG | Discovery Status Hearing: No notice given on 03/24/2021. (ADA - Kellie Rish) (Defense Counsel - Gregory Carter - email address not on motion to enroll) |
|  | 02/24/2021 | 03/24/2021 | NJG | Discovery Status Hearing: No notice given on 02/24/2021. (ADA - Kellie Rish) |
|  | 02/24/2021 | 02/24/2021 | NJG | Discovery Status Hearing: *Motion to transfer to JPCC* Oral notice given on 01/13/2021. *Angola - with zoom info* |
|  | 01/13/2021 | 01/13/2021 | NJG | Discovery Status Hearing: *MOTION TO SET BOND* discovery status hearing continued from 12/03/2020 *Motion to Transfer Defendant to JPCC Custody Pending Trial* *Angola - with zoom info* |
|  | 12/17/2020 | 12/17/2020 | NJG | Motion hearing: Motion to Set Bond |
|  | 11/12/2020 | 12/03/2020 | NJG | Court Status Hearing: Oral notice given on 11/12/2020. *Angola - with zoom info* |
|  | 11/04/2020 | 11/12/2020 | NJG | Trial: |
|  | 11/02/2017 | 11/09/2017 | AMJ | Court Status Hearing: court status hearing continued from 11/02/2017. Ruling Set. Deft. is in Parish Prison. |
|  | 10/27/2017 | 11/02/2017 | AMJ | Court Status Hearing: Ruling set. Deft. is in Parish Prison. |
|  | 09/21/2017 | 10/27/2017 | AMJ | Sentencing: sentencing continued from 09/21/2017. (ADA - Kellie Rish). Deft. is in Parish Prison. |
|  | 09/21/2017 | 09/21/2017 | AMJ | Sentencing: sentencing continued from 08/22/2017. (ADA - Kellie Rish). Oral notice given on 8/22/17. |
|  | 07/28/2017 | 08/22/2017 | AMJ | Sentencing: Deft. is in Parish Prison. |
|  | 07/27/2017 | 07/28/2017 | AMJ | Trial: Trial continued July 28, 2017 at 09:00 AM |
|  | 07/26/2017 | 07/27/2017 | AMJ | Trial: |
|  | 07/26/2017 | 07/27/2017 | AMJ | Trial: Trial continued July 27, 2017 at 10:30 AM |
|  | 07/25/2017 | 07/26/2017 | AMJ | Trial: Trial continued July 26, 2017 at 09:00 AM |
|  | 07/24/2017 | 07/25/2017 | AMJ | Trial: Trial continued July 25, 2017 at 09:00 AM |
|  | 07/24/2017 | 07/24/2017 | AMJ | Trial: (ADA - Kellie Rish). Deft. is in Parish Prison. |

| DocketDT | ScheduleDT | Clerk | Description |
|---|---|---|---|
| 03/06/2017 | 06/19/2017 | AMJ | Trial: trial continued from 03/06/2017. (ADA - Kelli Rish). Deft. is in Parish Prison. |
| 05/08/2017 | 05/12/2017 | AMJ | Court Status Hearing: court status hearing continued from 05/08/2017. (ADA - Kelli Rish). Deft. is in Parish Prison. |
| 03/06/2017 | 05/08/2017 | AMJ | Court Status Hearing: Deft. is in Parish Prison. |
| 10/14/2016 | 03/06/2017 | AMJ | Trial: Deft. is in Parish Prison. (ADA - Kellie Rish). |
| 01/23/2017 | 02/21/2017 | AMJ | Pre-trial conference: pre-trial conference continued from 01/23/2017. Deft. is in Parish Prison. |
| 10/14/2016 | 01/23/2017 | AMJ | Pre-trial conference: Deft. is in Parish Prison. |
| 01/11/2017 | 01/11/2017 | GMV | Motion hearing: motion hearing continued from 12/13/2016- oral notice- Def is in JPCC |
| 10/14/2016 | 12/13/2016 | AMJ | Motion hearing: Deft. is in Parish Prison. |
| 08/01/2016 | 10/13/2016 | AMJ | Trial: trial continued from 08/01/2016 |
| 05/13/2016 | 05/16/2016 | AMJ | Arraignment: Deft. is in Parish Prison. |

**MINUTE**

| DocketDT | ScheduleDT | Clerk | Description |
|---|---|---|---|
| 08/25/2021 | 09/01/2021 | NJG | Discovery Status Hearing: /Pre trial conference |
| 08/25/2021 | 08/25/2021 | NJG | Docket minute: a general hearing |
| 07/28/2021 | 08/25/2021 | NJG | Discovery Status Hearing: No notice given on 07/28/2021. |
| 07/28/2021 | 07/28/2021 | NJG | Docket minute: a general hearing |
| 06/23/2021 | 07/28/2021 | NJG | Discovery Status Hearing: No notice given on 06/23/2021. (ADA - Kellie Rish) |
| 06/23/2021 | 06/23/2021 | NJG | Docket minute: a pre-trial conference |
| 05/05/2021 | 06/23/2021 | NJG | Pre-trial conference: /Discovery Status. No notice given on 05/05/2021. (ADA - Kellie Rish) |
| 05/05/2021 | 05/05/2021 | NJG | Docket minute: a general hearing |
| 04/28/2021 | 05/05/2021 | NJG | Discovery Status Hearing: Oral notice given on 04/28/2021. (ADA - Kellie Rish) (Defense Counsel - Gregory Carter - email address not on motion to enroll) |
| 04/28/2021 | 04/28/2021 | NJG | Docket minute: a general hearing |
| 04/22/2021 | 04/22/2021 | 0EF | Case active: MOTION TO WITHDRAW AS COUNSEL OF RECORD (SIGNED and SERVED DA Apr 24 2021 12:06AM) - , Withdraw as counsel (DA Received: bdeeters Apr 26, 2021) |
| 04/01/2021 | 04/01/2021 | 0EF | Case active: MOTION TO ENROLL AS COUNSEL OF RECORD (SIGNED) |
| 03/24/2021 | 04/28/2021 | NJG | Discovery Status Hearing: No notice given on 03/24/2021. (ADA - Kellie Rish) (Defense Counsel - Gregory Carter - email address not on motion to enroll) |
| 03/24/2021 | 03/24/2021 | NJG | Docket minute: a general hearing |
| 02/24/2021 | 02/24/2021 | NJG | Discovery Status Hearing: *Motion to transfer to JPCC* Oral notice given on 01/13/2021. *Angola - with zoom info* |
| 02/24/2021 | 03/24/2021 | NJG | Discovery Status Hearing: No notice given on 02/24/2021. (ADA - Kellie Rish) |

| Date | Date | Code | Description |
|---|---|---|---|
| 02/24/2021 | 02/24/2021 | NJG | Docket minute: a general hearing |
| 01/13/2021 | 01/13/2021 | NJG | Discovery Status Hearing: *MOTION TO SET BOND* discovery status hearing continued from 12/03/2020 *Motion to Transfer Defendant to JPCC Custody Pending Trial* *Angola - with zoom info* |
| 01/13/2021 | 01/13/2021 | NJG | Docket minute: automatic scanned image |
| 01/11/2021 | 01/11/2021 | 0EF | Case active: Motion to Transfer Defendant to JPCC Custody (SIGNED and SERVED DA Feb 9 2021 2:51PM) - , Motion to Transfer Defendant to JPCC Custody (DA Received: thotard Feb 10, 2021) |
| 12/17/2020 | 12/17/2020 | NJG | Motion hearing: Motion to Set Bond |
| 12/17/2020 | 12/17/2020 | NJG | Docket minute: a general hearing |
| 12/04/2020 | 12/04/2020 | CBL | Case active: On 10/28/2020, 5th. Circuit Remand, Conviction and Sentence Vacated, Remanded for New Trial - Non-Unanimous Jury Polling (10-2). |
| 12/03/2020 | 12/03/2020 | 0EF | Case active: MOTION TO SET BOND (SIGNED) - , Set Bond |
| 12/03/2020 | 12/03/2020 | NJG | Docket minute: continuance: Requested by the Court. reason: No reason given |
| 11/13/2020 | 11/13/2020 | SYS | Case active: IDB REQUEST FOR APPT OF COUNSEL FILED |
| 11/12/2020 | 12/03/2020 | NJG | Court Status Hearing: Oral notice given on 11/12/2020. *Angola - with zoom info* |
| 11/12/2020 | 11/12/2020 | NJG | Docket minute: a general hearing |
| 11/04/2020 | 11/12/2020 | NJG | Trial: |
| 10/28/2020 | 10/28/2020 | NKC | Case active: Fifth Circuit Case #18-KA-354 - Conviction and Sentence Vactaed; Remanded for New Trial |
| 09/29/2020 | 09/29/2020 | RSO | Case active: Supreme Court of the State of Louisiana Case No. 2020-KO-303 - Letter |
| 09/29/2020 | 09/29/2020 | RSO | Case active: Supreme Court of the State of Louisiana Case No. 2020-KO-303 - APPLICATION FOR RECONSIDERATION GRANTED. SEE PER CURIAM. |
| 07/27/2020 | 07/27/2020 | RSO | Case active: Supreme Court of Louisiana Case No. 2020-KO-00303 - WRIT APPLICATION DENIED |
| 07/24/2020 | 07/24/2020 | NKC | Case active: Supreme Court Letter Case #2020-KO-00303 |
| 03/12/2020 | 03/12/2020 | JMP | Case active: LETTER from the Defendant filed and answered |
| 02/21/2020 | 02/21/2020 | NKC | Case active: Supreme Court Letter Case #2020-K0-0303 |
| 02/04/2020 | 02/04/2020 | JMP | Case active: Exhibit B Courtesy Copy - Writ Application being filed in the Supreme Court 2018-KA-0354 |
| 02/04/2020 | 02/04/2020 | JMP | Case active: Exhibit A Courtesy Copy - Writ Application being filed in the Supreme Court 2018-KA-0354 |
| 02/04/2020 | 02/04/2020 | JMP | Case active: Courtesy Copy - Writ Application being filed in the Supreme Court 2018-KA-0354 |

| | | | |
|---|---|---|---|
| 📄 01/02/2020 | 01/02/2020 | RSO | Case active: Fifth Circuit Case No. 18-KA-354 - REHEARING DENIED |
| 📄 12/04/2019 | 12/04/2019 | RSO | Case active: Fifth Circuit Case No. 18-KA-354 - CONVICTION AND SENTENCE AFFIRMED |
| 📄 11/05/2018 | 11/05/2018 | JMP | Case active: COURTSEY COPY FOR RECORD "Motion to Supplement Appellate Record" |
| 📄 11/05/2018 | 11/05/2018 | JMP | Case active: EXHIBIT B COURTSEY COPY FOR RECORD "Original Brief filed on behalf of Defendant- Appellant, Adam Littleton" |
| 📄 11/05/2018 | 11/05/2018 | JMP | Case active: EXHIBIT A COURTSEY COPY FOR RECORD "Original Brief filed on behalf of Defendant- Appellant, Adam Littleton" |
| 📄 11/05/2018 | 11/05/2018 | JMP | Case active: COURTSEY COPY FOR RECORD "Original Brief filed on behalf of Defendant- Appellant, Adam Littleton" |
| 📄 10/25/2018 | 10/25/2018 | NJG | Case active: Fifth Circuit Case#18-KA-354 - ORDER |
| 📄 06/27/2018 | 06/27/2018 | TLG | Case active: Appeal Lodged |
| 📄 05/10/2018 | 05/10/2018 | RSO | Case active: Request for Extension of Return Date |
| 📄 04/18/2018 | 04/18/2018 | RSO | Case active: Request for Extension of Return Date |
| 📄 04/11/2018 | 04/11/2018 | TLG | Case active: Request for Extension of Return Date; Ext. to 5/18/2018 |
| 📄 03/14/2018 | 03/14/2018 | TLG | Case active: Request for Extension of Return Date; Ext. to 4/18/2018 |
| 📄 03/12/2018 | 03/12/2018 | SMG | Case active: Receipt and Acknowledgement of Hand Delivery Appeal Cost |
| 📄 01/22/2018 | 12/04/2017 | SMG | Case active: Certified Mail Return Notice of Estimated Cost of Appeal |
| 📄 01/10/2018 | 01/10/2018 | YAR | Motions: Motions Filed (SIGNED and SERVED DA Jan 10 2018 11:50AM) - , SECOND MOTION FOR SECOND EXTENSION OF TIME TO PAY ESTIMATED COST OF APPEAL (DA Received: thotard Jan 11, 2018) |
| 📄 12/04/2017 | 12/04/2017 | SS | Motions: Motions Filed (SIGNED and SERVED DA Dec 20 2017 2:33PM) - , Motion for Extension of Time to Pay Estimated Cost of Appeal - Clocked copy sent to attorney per his request (DA Received: thotard Dec 21, 2017) |
| 11/27/2017 | 09/20/2017 | CTK | Case active: Exhibit C (DOCUMENT UNDER SEAL) |
| 11/27/2017 | 09/20/2017 | CTK | Case active: Exhibit B (DOCUMENT UNDER SEAL) |
| 📄 11/27/2017 | 09/20/2017 | CTK | Case active: States Opposition to Defendants Motion for New Trial |
| 📄 11/20/2017 | 11/20/2017 | TLG | Case active: Appeal Process Initiated |
| 📄 11/13/2017 | 11/09/2017 | DAL | Case active: Fingerprints |
| 📄 11/09/2017 | 11/09/2017 | JMP | Motions: Motions Filed (SIGNED and SERVED DA Nov 13 2017 3:55PM) - , MOTION FOR APPEAL AND DESIGNATION OF THE RECORD (DA Received: mthibodeaux Nov 15, 2017) |
| 📄 11/09/2017 | 11/09/2017 | AMJ | Docket minute: commitment Hard Labor Commitment (SIGNED) |
| 11/09/2017 | 11/09/2017 | AMJ | Plea: Count 1 R.S. 14:30.1 Found guilty at trial LIFE |

| | | | |
|---|---|---|---|
| 11/09/2017 | 11/09/2017 | AMJ | Commitment: The Court sentenced the Defendant to imprisonment at hard labor for a term of life in prison. Life In Prison |
| 11/06/2017 | 11/06/2017 | DH1 | Case active: Evidence Receipt Filed 89604 |
| 11/06/2017 | 11/06/2017 | YAR | Case active: Defendants rebuttal to states opposition to Defendants Posthearing memorandum in support of motion for new trial |
| 11/02/2017 | 11/09/2017 | AMJ | Court Status Hearing: court status hearing continued from 11/02/2017. Ruling Set. Deft. is in Parish Prison. |
| 11/02/2017 | 11/02/2017 | AMJ | Docket minute: continuance: Requested by the defense attorney. reason: No reason given |
| 10/31/2017 | 10/31/2017 | JMP | Case active: STATES REPLY TO DEFENDANTS POSTHEARING MEMORANDUM IN SUPPORT OF MOTION FOR NEW TRIAL |
| 10/30/2017 | 10/30/2017 | JMP | Motions: Motions Filed (SIGNED and SERVED DA Oct 31 2017 3:58PM) - , MOTION FOR LEAVE OF COURT TO FILE POST- HEARING MEMORDANUM IN SUPPORT OF DEFENDANT'S MOTION FOR NEW TRIAL (DA Received: mthibodeaux Nov 07, 2017) |
| 10/27/2017 | 10/27/2017 | JMP | Motions: Motions Filed - , STATE'S SURREPLY TO DEFENDANT'S MOTION FOR NEW TRIAL |
| 10/27/2017 | 11/02/2017 | AMJ | Court Status Hearing: Ruling set. Deft. is in Parish Prison. |
| 10/27/2017 | 10/27/2017 | AMJ | Docket minute: Remanded to Jefferson Parish Prison |
| 10/24/2017 | 10/24/2017 | JHW | Motions: Motions Filed - , Defendant's Rebuttal to the State's Opposition to Motion for New Trial filed and walked up |
| 10/05/2017 | 10/05/2017 | JMP | Motions: Motions Filed (SIGNED and SERVED DA Oct 5 2017 3:12PM) - , MOTION FOR ISSUANCE OF LETTERS ROGATORY |
| 09/29/2017 | 09/29/2017 | JMP | Motions: Motions Filed (SIGNED and SERVED DA Oct 2 2017 11:58AM) **cannot be efiled by the Clerk's office, Paul Barker advised he would serve his petition per conversation on 10/03/17 with C. Knox** - , PETITION FOR CERTIFICATION OF MATERIALITY OF OUT-OF-STATE WITNESS |
| 09/22/2017 | 09/22/2017 | SRW | Motions: Motions Filed - , Motion to seal |
| 09/21/2017 | 09/21/2017 | AMJ | Sentencing: sentencing continued from 08/22/2017. (ADA - Kellie Rish). Oral notice given on 8/22/17. |
| 09/21/2017 | 10/27/2017 | AMJ | Sentencing: sentencing continued from 09/21/2017. (ADA - Kellie Rish). Deft. is in Parish Prison. |
| 09/21/2017 | 09/21/2017 | AMJ | Docket minute: continuance: Requested by the defense attorney. reason: No reason given |
| 09/20/2017 | 09/20/2017 | MLD | Motions: Motions Filed (DOCUMENT UNDER SEAL - Exhibit B and Exhibit C) |
| 09/20/2017 | 09/20/2017 | YAR | Motions: Motions Filed (SIGNED and SERVED DA Sep 20 2017 2:01PM) - , To Continue Sentencing and hearing on motion for new Trial |

| | | | |
|---|---|---|---|
| 📄 09/14/2017 | 09/14/2017 | SS | Case active: PETITION FOR CERTIFICATION OF MATERIALITY OF OUT OF STATE WITNESS SENT CERTIFIED MAIL TO CRIMINAL DISTRICT COURT 7 |
| 📄 09/12/2017 | 09/12/2017 | DH1 | Motions: Motions Filed (SIGNED and SERVED DA Sep 13 2017 11:14AM) (ISSUED: 09/14/2017 11:53:28) - , Petition For Certification Of Materiality Of Out Of State Witness (DA Received: mthibodeaux Sep 18, 2017) |
| 📄 09/12/2017 | 09/12/2017 | DH1 | Motions: Motions Filed (SIGNED and SERVED DA Sep 13 2017 11:14AM) (ISSUED: 09/14/2017 11:47:57) - , New trial Walk Up To Div (DA Received: mthibodeaux Sep 18, 2017) |
| 📄 08/23/2017 | 08/23/2017 | SS | Case active: Certified Mail Returned (Stephanie Green) |
| 📄 08/22/2017 | 08/22/2017 | ENJ | Motions: Motions Filed (SIGNED) - , Motion to seal filed |
| 📄 08/22/2017 | 08/22/2017 | AMJ | Docket minute: continuance: Requested by the defense attorney. reason: Defense counsel filed a Motion to Continue. |
| 📄 08/11/2017 | 08/11/2017 | JHW | Motions: Motions Filed (SIGNED and SERVED DA Aug 16 2017 3:56PM) - , Continue and Reset Sentencing (DA Received: mthibodeaux Aug 24, 2017) |
| 📄 08/11/2017 | 08/11/2017 | JHW | Motions: Motions Filed (SIGNED and SERVED DA Aug 14 2017 2:04PM) - , Enroll as counsel (DA Received: mthibodeaux Aug 15, 2017) |
| 📄 08/10/2017 | 08/10/2017 | CMK | Case active: Discovery |
| 📄 08/10/2017 | 08/10/2017 | 0EF | Case active: MOTION TO WITHDRAW AS COUNSEL OF RECORD (SIGNED and SERVED DA Aug 11 2017 3:12PM) - , Withdraw as counsel (DA Received: mthibodeaux Aug 15, 2017) |
| 📄 08/09/2017 | 08/09/2017 | SS | Case active: Evidence Receipt Filed 89462 |
| 📄 08/02/2017 | 08/02/2017 | AMJ | Case active: Motion to Seal Filed and SIGNED |
| 08/01/2017 | 07/28/2017 | AMJ | Case active: Jury Polling Slips Filed (DOCUMENT UNDER SEAL) |
| 📄 08/01/2017 | 07/31/2017 | AMJ | Case active: Motion to Seal Filed SIGNED |
| 📄 08/01/2017 | 07/28/2017 | AMJ | Case active: Order to Seal Filed SIGNED |
| 📄 08/01/2017 | 07/28/2017 | AMJ | Case active: Verdict Filed |
| 📄 08/01/2017 | 07/28/2017 | AMJ | Case active: General Criminal Jury Charges Filed |
| 07/28/2017 | 08/22/2017 | AMJ | Sentencing: Deft. is in Parish Prison. |
| 📄 07/28/2017 | 07/28/2017 | AMJ | Docket minute: trial |
| 07/28/2017 | 07/28/2017 | AMJ | Trial results: Jury verdict GUILTY as charged |
| 07/27/2017 | 07/28/2017 | AMJ | Trial: Trial continued July 28, 2017 at 09:00 AM |
| 📄 07/27/2017 | 07/27/2017 | AMJ | Docket minute: trial |
| 07/26/2017 | 07/27/2017 | AMJ | Trial: |
| 07/26/2017 | 07/27/2017 | AMJ | Trial: Trial continued July 27, 2017 at 10:30 AM |
| 📄 07/26/2017 | 07/26/2017 | AMJ | Docket minute: trial |
| 📄 07/25/2017 | 07/25/2017 | DH1 | Case active: Notice Of Additional Information Provided To Defense Counsel Walk Up To Div |
| 07/25/2017 | 07/26/2017 | AMJ | Trial: Trial continued July 26, 2017 at 09:00 AM |

| Date | Date | Code | Description |
|---|---|---|---|
| 07/25/2017 | 07/25/2017 | AMJ | Docket minute: trial |
| 07/24/2017 | 07/24/2017 | ENJ | Motions: Motions Filed - , Motion in limine to exclude jurors from seeing pictures of body parts filed |
| 07/24/2017 | 07/24/2017 | ENJ | Motions: Motions Filed - , Response in opposition to allowing LT WILLIAM HARE to testify as a witness and deny state's request for pretrial hearing filed |
| 07/24/2017 | 07/24/2017 | AMJ | Trial: (ADA - Kellie Rish). Deft. is in Parish Prison. |
| 07/24/2017 | 07/24/2017 | SS | Motions: Motions Filed (SIGNED) - , Motion for a Protective Order Filed and Walked Up |
| 07/24/2017 | 07/24/2017 | SS | Case active: Notice of Intent to Use Confession or Statement Walked Up to the Division |
| 07/24/2017 | 07/24/2017 | SS | Case active: Notice of Additional Information Provided to Defense Counsel Walked Up to the Division |
| 07/24/2017 | 07/25/2017 | AMJ | Trial: Trial continued July 25, 2017 at 09:00 AM |
| 07/24/2017 | 07/24/2017 | AMJ | Docket minute: Attachment for QUINICSHA JOHNSON recalled on 07/24/2017 (SIGNED) |
| 07/24/2017 | 07/24/2017 | AMJ | Docket minute: trial |
| 07/24/2017 | 07/24/2017 | AMJ | Docket minute: Remanded to Jefferson Parish Prison |
| 07/20/2017 | 07/20/2017 | 0EF | Motions: Motion Filed (SIGNED and SERVED DA Jul 21 2017 2:02PM) (ISSUED: 07/21/2017 16:27:38) - , State`s Motion for Discovery, Demand for Notice of Alibi and/or Mental Condition Defenses (DA Received: mthibodeaux Jul 26, 2017) |
| 07/19/2017 | 07/19/2017 | JHW | Motions: Motions Filed - , State`s Witness List |
| 07/18/2017 | 07/18/2017 | JMP | Motions: Motions Filed - , Pretrial Hearing to Qualify Witness Lieutenant William Hare as an Expert |
| 07/18/2017 | 07/18/2017 | CMK | Case active: Out of State Subpoena sent CERTIFIED MAIL to JEFF COUCH |
| 07/18/2017 | 07/18/2017 | CMK | Case active: Returned Subpoena from Charleston County Sheriffs Office RESENDING CERIFIED MAIL |
| 07/03/2017 | 07/03/2017 | CMK | Case active: Out of State Subpoena sent CERTIFIED MAIL to Multiple State Witnesses |
| 06/28/2017 | 06/28/2017 | MLD | Motions: Motions Filed - , States Open-File Discovery Index |
| 06/23/2017 | 06/23/2017 | JHW | Motions: Motions Filed - , State`s Witness List |
| 06/19/2017 | 06/19/2017 | AMJ | Docket minute: a general hearing |
| 06/19/2017 | 06/19/2017 | AMJ | Attachment: Attach QUINICSHA JOHNSON hold without bond (SIGNED) |
| 06/19/2017 | 06/19/2017 | AMJ | Attachment: JOHNSON, QUINICSHA |
| 06/19/2017 | 06/19/2017 | AMJ | Docket minute: automatic scanned image |
| 06/05/2017 | 06/05/2017 | JMP | Motions: Motions Filed (SIGNED and SERVED DA Jun 6 2017 12:19PM) (DOCUMENT UNDER SEAL) (DA Received: mthibodeaux Jun 14, 2017) |
| 05/31/2017 | 05/30/2017 | AMJ | Motions: Motions Filed (DOCUMENT UNDER SEAL) |
| | | | Motions: Motions Filed (SIGNED and SERVED DA May 30 2017 2:56PM) - , Petition For Certification Of Materiality Of Witness And To Secure Attendance |

| | | | |
|---|---|---|---|
| 📄 05/30/2017 | 05/30/2017 | DH1 | Of Witness Pursuant To The Uniform Act To Secure Attendance Of Witnessess From Without a State Walk Up To Div (DA Received: mthibodeaux May 31, 2017) |
| 📄 05/30/2017 | 05/30/2017 | DH1 | Docket minute: States Notice Of Intent To Call Expert Witness Walk Up To Div |
| 📄 05/25/2017 | 05/25/2017 | 0EF | Case active: MOTION TO CONTINUE (SIGNED) - , Continue |
| 📄 05/15/2017 | 05/15/2017 | CMK | Docket minute: Out of State Subpoena for Stephanie Green sent to Accounting for Payment to Shelby County |
| 📄 05/12/2017 | 05/12/2017 | AMJ | Docket minute: a general hearing |
| 05/08/2017 | 05/12/2017 | AMJ | Court Status Hearing: court status hearing continued from 05/08/2017. (ADA - Kelli Rish). Deft. is in Parish Prison. |
| 📄 05/08/2017 | 05/08/2017 | AMJ | Docket minute: continuance: Requested by the Court. reason: Attorney not present. |
| 📄 04/25/2017 | 04/25/2017 | JEW | Motions: Motions Filed (SIGNED and SERVED DA Apr 26 2017 10:17AM) - , Motion and Order to compel Testimony - filed and walked up |
| 📄 04/25/2017 | 04/25/2017 | JEW | Motions: Motions Filed (SIGNED and SERVED DA Apr 26 2017 11:09AM) (SIGNED) - , Petition for material witness certificate - filed and walked up |
| 📄 04/20/2017 | 04/20/2017 | JHW | Motions: Motions Filed (SIGNED and SERVED DA Apr 26 2017 11:10AM) (SIGNED) - , Petition for Certification of Materiality of Witness; and to Secure Attendance of Witness, Pursuant to the Uniform Act to Secure Attendance of Witnesses from Without-A-State |
| 📄 04/04/2017 | 04/04/2017 | JEW | Motions: Motions Filed (SIGNED and SERVED DA Apr 11 2017 2:14PM) ADA TO SERVE - , Petition for certification of materiality of witness; and to secure attendance of witness, pursuant to the uniform act of secure attendance of witnesses from without - A-State (DA Received: aalexie Apr 20, 2017) |
| 📄 04/04/2017 | 04/04/2017 | JEW | Motions: Motions Filed (SIGNED and SERVED DA Apr 11 2017 2:17PM) ADA TO SERVE - , Petition for material witness certificate (DA Received: aalexie Apr 20, 2017) |
| 📄 04/04/2017 | 04/04/2017 | JEW | Motions: Motions Filed (SIGNED and SERVED DA Apr 11 2017 2:16PM) ADA TO SERVE - , Motion to secure attendance of out-of-state witness (DA Received: aalexie Apr 20, 2017) |
| 📄 04/04/2017 | 04/04/2017 | JEW | Motions: Motions Filed (SIGNED and SERVED DA Apr 11 2017 2:15PM) ADA TO SERVE - , Petition for certification of materiality of witness; and secure attendance of witness, pursuant to the uniform act of secure attendance of witnesses from without - a state (DA Received: aalexie Apr 20, 2017) |
| 📄 03/29/2017 | 03/29/2017 | CMK | Docket minute: Out of State Subpoena sent to Koren Young for Payment |
| 📄 03/29/2017 | 03/29/2017 | CMK | Docket minute: Returned Subpoena Stating Out of State Service Requires Payment |

| Date | Date | Code | Description |
|---|---|---|---|
| 03/24/2017 | 03/24/2017 | CMK | Docket minute: Returned Certified Mail Deshon Johnson |
| 03/13/2017 | 03/13/2017 | CMK | Docket minute: Out of State Subpoena sent CERTIFIED MAIL to K SCHMIDT |
| 03/13/2017 | 03/13/2017 | CMK | Docket minute: Out of State Subpoena sent CERTIFIED MAIL to QUINICSHA JOHNSON |
| 03/13/2017 | 03/13/2017 | CMK | Docket minute: Out of State Subpoena sent CERTIFIED MAIL to ELENA PEREZ |
| 03/13/2017 | 03/13/2017 | CMK | Docket minute: Out of State Subpoena sent CERTIFIED MAIL to DESHON JOHNSON |
| 03/13/2017 | 03/13/2017 | CMK | Docket minute: Out of State Subpoena sent CERTIFIED MAIL to ROBERT ARREDONDO |
| 03/13/2017 | 03/13/2017 | CMK | Docket minute: Out of State Subpoena for Stephanie Green sent to Koren Young for Payment |
| 03/10/2017 | 03/10/2017 | KRAY | Motions: Motions Filed - , State`s Witness List |
| 03/06/2017 | 06/19/2017 | AMJ | Trial: trial continued from 03/06/2017. (ADA - Kelli Rish). Deft. is in Parish Prison. |
| 03/06/2017 | 05/08/2017 | AMJ | Court Status Hearing: Deft. is in Parish Prison. |
| 03/06/2017 | 03/06/2017 | AMJ | Docket minute: continuance: Requested jointly. reason: No reason given |
| 03/01/2017 | 03/01/2017 | CMK | Motions: Motions Filed (SIGNED) - , Continue |
| 02/21/2017 | 02/21/2017 | AMJ | Docket minute: a pre-trial conference |
| 01/24/2017 | 01/24/2017 | CMK | Docket minute: Returned Certified Mail for Robert Arredondo |
| 01/24/2017 | 01/24/2017 | CMK | Docket minute: Returned Certified Mail for Elena Perez |
| 01/23/2017 | 02/21/2017 | AMJ | Pre-trial conference: pre-trial conference continued from 01/23/2017. Deft. is in Parish Prison. |
| 01/23/2017 | 01/23/2017 | AMJ | Docket minute: continuance: Requested by the defense attorney. reason: Defense counsel unable to attend. |
| 01/23/2017 | 01/23/2017 | AMJ | Docket minute: Remanded to Jefferson Parish Prison |
| 01/20/2017 | 01/20/2017 | 0EF | Case active: MOTION TO CONTINUE (SIGNED) - , Continue |
| 01/13/2017 | 01/13/2017 | DH1 | Docket minute: Evidence Receipt Filed 89140 |
| 01/11/2017 | 01/11/2017 | GMV | Motion hearing: motion hearing continued from 12/13/2016- oral notice- Def is in JPCC |
| 01/11/2017 | 01/11/2017 | MLD | Motions: Motions Filed, walked up - , States Response To Defendants Motion For Bill Of Particulars |
| 01/11/2017 | 01/11/2017 | AMJ | Docket minute: a motion hearing |
| 01/11/2017 | 01/11/2017 | AMJ | Docket minute: Remanded to Jefferson Parish Prison |
| 01/04/2017 | 01/04/2017 | CMK | Motions: Motions Filed (SIGNED and SERVED -DA Jan 4 2017 12:14PM) - , Bill of particulars , Discovery and inspection (DA Received: mthibodeaux Jan 11, 2017) |
| 12/13/2016 | 12/13/2016 | HTS | Docket minute: SERVICE Subpoena sent Certified Mail to ROBERT ARREDONDO |

| | | | |
|---|---|---|---|
| 📄 12/13/2016 | 12/13/2016 | HTS | Docket minute: SERVICE Subpoena sent Certified Mail to ELENA PEREZ |
| 📄 12/13/2016 | 12/13/2016 | HTS | Docket minute: SERVICE Subpoena sent Certified Mail to K SCHMIDT |
| 📄 12/13/2016 | 12/13/2016 | GMV | Docket minute: continuance: Requested by the defense attorney. reason: pursuant to bench conference. |
| 📄 12/07/2016 | 12/07/2016 | JEW | Motions: Motions Filed - , Memorandum in opposition to State's notice of intent to use evidence of similar crimes, wrongs and/or acts |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit V (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | RSO | Docket minute: Motion to Seal Exhibit U (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit T (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit S (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit R (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit Q (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit P (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | RSO | Docket minute: Motion to Seal Exhibit O (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit N (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit M (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit L (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit K (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit J (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | RSO | Docket minute: Motion to Seal Exhibit I (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit H (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | RSO | Docket minute: Motion to Seal Exhibit G (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit F (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | JHW | Docket minute: Motion to Seal Exhibit E (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | RSO | Docket minute: Motion to Seal Exhibit D (SIGNED) (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | RSO | Docket minute: Motion to Seal Exhibit C |
| 11/30/2016 | 11/21/2016 | RSO | Docket minute: Motion to Seal Exhibit B (DOCUMENT UNDER SEAL) |

| Date | Date | Code | Description |
|---|---|---|---|
| 11/30/2016 | 11/21/2016 | RSO | Docket minute: Motion to Seal Exhibit A (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | RSO | Motions: Motions Filed (DOCUMENT UNDER SEAL) |
| 11/30/2016 | 11/21/2016 | RSO | Motions: Motions Filed - , Motion to Seal |
| 11/30/2016 | 11/30/2016 | JEW | Motions: Motions Filed (Discovery) - , Discovery and inspection |
| 10/14/2016 | 03/06/2017 | AMJ | Trial: Deft. is in Parish Prison. (ADA - Kellie Rish). |
| 10/14/2016 | 01/23/2017 | AMJ | Pre-trial conference: Deft. is in Parish Prison. |
| 10/14/2016 | 12/13/2016 | AMJ | Motion hearing: Deft. is in Parish Prison. |
| 10/13/2016 | 10/13/2016 | AMJ | Docket minute: a general hearing |
| 08/01/2016 | 10/13/2016 | AMJ | Trial: trial continued from 08/01/2016 |
| 08/01/2016 | 08/01/2016 | AMJ | Docket minute: continuance: Requested by the defense attorney. reason: Motion to Continue Filed. |
| 07/15/2016 | 07/15/2016 | 0EF | Case active: MOTION TO CONTINUE (SIGNED and SERVED -DA Jul 26 2016 11:39AM) - , Continue |
| 05/27/2016 | 05/27/2016 | JHW | Motions: Motions Filed - , State`s Witness List |
| 05/16/2016 | 05/16/2016 | AMJ | Docket minute: arraignment |
| 05/16/2016 | 05/16/2016 | AMJ | Plea: Plea NOT GUILTY |
| 05/16/2016 | 05/16/2016 | AMJ | Docket minute: Remanded to Jefferson Parish Prison |
| 05/16/2016 | 05/16/2016 | AMJ | Motions: Motions Filed - , Discovery and inspection , Other motion , Suppress evidence , Suppress identification , Suppress statement |
| 05/13/2016 | 05/16/2016 | AMJ | Arraignment: Deft. is in Parish Prison. |
| 05/13/2016 | 05/13/2016 | SM1 | Case active: Division P to Arraign Defendant |
| 05/12/2016 | 05/12/2016 | HTS | Docket minute: GRAND JURY SHEET FILED |
| 05/12/2016 | 05/12/2016 | Auto | Docket minute: Documents associated with this case are available in digital and microphotographic format only. |
| 05/12/2016 | 05/12/2016 | HTS | Docket minute: Case allotted - Class II Division B Judge Cornelius E. Regan |
| 05/12/2016 | 05/12/2016 | HTS | : Cnt 1 Item F850015 RS 14:30.1 |
| 05/12/2016 | 05/12/2016 | HTS | Docket minute: Indictment Filed - Case transferred - To Division P Judge LEE V. FAULKNER- - Grand Jury Indictment ("A TRUE BILL") |

**ATTACHMENT**

**PARTY**

**SUBPOENA**

**CASE**