# Exhibit G



U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square           Main:     (602) 514-7500
40 N. Central Ave., Suite 1800   Main Fax: (602) 514-7693
Phoenix, AZ 85004-4408

June 25, 2021

Paul J. Cambria Jr.
Attorney at Law
Lipsitz Green Scime Cambria, LLC
42 Delaware Ave, Suite 120
Buffalo, NY 14202
(attorney for Michael Lacey)

Gary Lincenberg, Esq.
Ariel Neuman, Esq.
Gopi Panchapakesan, Esq.
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East
23rd Floor
Los Angeles, CA 90067
(attorneys for Jed Brunst)

David S. Eisenberg, Esq.
3550 N. Central Ave.,
Suite 1155
Phoenix, AZ 85012
(attorney for Andrew Padilla)

Thomas H. Bienert, Jr., Esq.
Whitney Bernstein, Esq.
Bienert, Miller & Katzman, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(attorneys for James Larkin)

Joy Malby Bertrand, Esq.
1826 N. 7th Avenue
Phoenix, AZ, 85007
(attorney for Joye Vaught)

Bruce Feder, Esq.
2930 East Camelback Road,
Suite 160
Phoenix, AZ 85016
(attorney for Scott Spear)

Michael D. Kimerer, Esq.
1313 E. Osborn Road,
Suite 100
Phoenix, AZ 85014
(attorney for Jed Brunst)

Re: U.S. v. Michael Lacey, et.al.
    CR-18-00422-PHX-SMB

Dear Counsel:

    Pursuant to your request for discovery and the government's obligations under Fed. R. Crim. P. 16 and the stipulated scheduling order in this case, please find via USAfx the government's twenty-sixth disclosure.[1]

    The Bates range for this disclosure is USAO-BP-0025781 to USAO-BP-0032278. We will

---

[1] USAfx disclosure for defendants Michael Lacey, James Larkin, and Jed Brunst are being provided to Paul J. Cambria Jr., Thomas H. Bienert Jr., and Gary Lincenberg respectively.

Lacey, et. al. Discovery Letter
June 25, 2021
Page 2

circulate an updated index next week.

 Please let us know if you have questions.

                Sincerely,

                GLENN B. McCORMICK
                Acting United States Attorney

                *s/ Andrew C. Stone*
                KEVIN M. RAPP
                MARGARET PERLMETER
                PETER S. KOZINETS
                ANDREW C. STONE
                Assistant U.S. Attorneys

                NICHOLAS L. McQUAID
                Acting Assistant Attorney
                General
                Criminal Division
                U.S. Department of Justice

                REGINALD E. JONES
                Senior Trial Attorney
                Criminal Division
                U.S. Department of Justice

Enclosure