Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
tbienert@bklwlaw.com
wbernstein@bklwlaw.com
*Attorneys for James Larkin*

Paul J. Cambria, Jr. (NY Bar No. 1430909, *admitted pro hac vice*)
Erin McCampbell (NY Bar. No 4480166, *admitted pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00422-PHX-DJH |
| Plaintiff, | **DEFENDANTS' NOTICE OF APPEAL** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

1   Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
    Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
2   Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
3   BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW PC
4   1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
5   Telephone: (310) 201-2100
6   Facsimile: (310) 201-2110
    glincenberg@birdmarella.com
7   aneuman@birdmarella.com
    gpanchapakesan@birdmarella.com
8   *Attorneys for John Brunst*
9
10  Bruce Feder (AZ Bar No. 004832)
    FEDER LAW OFFICE PA
11  2930 E. Camelback Road, Suite 160
    Phoenix, Arizona 85016
12  Telephone: (602) 257-0135
    bf@federlawpa.com
13  *Attorney for Scott Spear*
14
    David Eisenberg (AZ Bar No. 017218)
15  DAVID EISENBERG PLC
16  3550 N. Central Ave., Suite 1155
    Phoenix, Arizona 85012
17  Telephone: (602) 237-5076
    Facsimile: (602) 314-6273
18  david@deisenbergplc.com
    *Attorney for Andrew Padilla*
19
20  Joy Malby Bertrand (AZ Bar No. 024181)
    JOY BERTRAND ESQ LLC
21  P.O. Box 2734
    Scottsdale, Arizona 85252
22  Telephone: (602)374-5321
23  Facsimile: (480)361-4694
    joy.bertrand@gmail.com
24  *Attorney for Joye Vaught*

25

26

27

28

DEFENDANTS' NOTICE OF APPEAL

Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and Joye Vaught, by and through their counsel, appeal to the United States Court of Appeals for the Ninth Circuit from the Order (Dkt. 1444) filed December 29, 2021. The Order denied Defendants' Motion to Dismiss with Prejudice (Dkt. 1355) filed October 20, 2021, which asserted, *inter alia*, that the Double Jeopardy clause of the Fifth Amendment to the United States Constitution precludes a retrial.

The appeal of an order denying a double jeopardy motion constitutes an immediately appealable final decision. *Abney v. United States*, 431 U.S. 651, 661-62 (1977). This is because:

> the guarantee against double jeopardy assures an individual that, among other things, he will not be forced, with certain exceptions, to endure the personal strain, public embarrassment, and expense of a criminal trial more than once for the same offense. . . . Obviously, these aspects of the guarantee's protections would be lost if the accused were forced to "run the gauntlet" a second time before an appeal could be taken . . . Consequently, if a criminal defendant is to avoid exposure to double jeopardy and thereby enjoy the full protection of the Clause, his double jeopardy challenge to the indictment must be reviewable before that subsequent exposure occurs.

*Id.* Moreover, because Defendants' Motion to Dismiss with Prejudice was not frivolous, and the Court's lengthy Order denying the motion does not even suggest otherwise, "the district court is automatically divested of jurisdiction to proceed with trial pending appeal." *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992). *See also United States v. LaMere*, 951 F.2d 1106, 1108 (9th Cir. 1991); *United States v. Dunbar*, 611 F.2d 985, 988 (5th Cir.) (1980) (absent "written findings determining [] the [double jeopardy] motion is frivolous . . . the trial cannot proceed until a determination is made of the merits of an appeal").

RESPECTFULLY SUBMITTED this 3rd day of January, 2022,

BIENERT KATZMAN LITTRELL WILLIAMS LLP
*s/ Whitney Z. Bernstein*
Thomas H. Bienert, Jr.
Whitney Z. Bernstein
Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Oct. 2020) § II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

LIPSITZ GREEN SCIME CAMBRIA LLP
*s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Erin McCampbell Paris
Attorneys for Michael Lacey

BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW PC
*s/ Gary S. Lincenberg*
Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Attorneys for John Brunst

FEDER LAW OFFICE PA
*s/ Bruce Feder*
Bruce Feder
Attorneys for Scott Spear

DAVID EISENBERG PLC
*s/ David Eisenberg*
David Eisenberg
Attorneys for Andrew Padilla

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*
Joy Bertrand
Attorneys for Joye Vaught

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas